FILED ENTERED
LODGED RECEIVED

MAR 15 2019

March 13, 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Nghia Hoang Pho
Reg. No. 64014-037
Butner LSCI
P.O. Box 999
Butner, NC 27509

Clerk of Court
U.S. District Court
District of Maryland
100 W. Lombard Street
Baltimore, MD 21201-2691

Re: Information Request
U.S. v. Nghia Hoang Pho
Case No. 1:17-CR-00631-GLR-1

Dear Clerk:

I am the defendant in the above referenced case. I write to request certain documents and information regarding my case. First, I would like to obtain written transcripts of my plea and sentencing hearings. In that regard, would you please provide me with the contact information for the transcription service so that I may request production of the transcripts.

Second, I would appreciate receiving the following documents:

| Date | Docket Entry # | Docket Text |
| --- | --- | --- |
| 11/29/2017 | 1 | Sealed Information [DE #5, Motion and Order to unseal Indictment should, I believe, make DE #1 available to me. |
| 09/13/2108 | 19 | Sentencing Memorandum [by Defendant]. |
| 09/18/2018 | 20 | Sentencing Memorandum [by USA]. |
| 09/24/2018 | 21 | Supplemental to Memorandum In Aid of Sentencing. |

Thank you for your attention to my requests. I hope to hear from you at your earliest convenience.

Sincerely yours,

Nghia Hoang Pho