

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Catherine M. Stavlas, Chief Deputy

Reply to Northern Division Address

Elizabeth B. Snowden, Chief Deputy

March 27, 2019

Nighia Hoang Pho, #64014037
FCI
P.O Box 999
Butner, NC  27509

Re:  *United States v. Nghia Hoang Pho*, Criminal Case No. GLG-17-631

Dear Mr. Pho:

In response to your recent request for documents, please be advised the docket sheet was sent to the warden of your institution.  It is this Court's policy to send all requested material to the warden.  Please contact the appropriate staff so that the materials may be made available for your review.

There is a $.10 per page charge for copy work of electronic documents. Your request requires pre-payment of:

> Information (ECF No. 1) is 7 pages at a cost of $.70;
> Sentencing Memorandum (ECF No. 19) is 144 pages at a cost of $14.40;
> Sentencing Memorandum (ECF NO. 20) is 12 pages at a cost of $1.20; and
> Supplement to Memorandum in Aid of Sentencings (ECF No. 21) is 17 pages at a cost of $1.70
>
> The total cost due is: $18.00

Unless otherwise specified, all fees for copy work should be paid to: Clerk, United States District Court.  Fees may be paid to the Clerk by check, money order, or major credit card.  Please make sure to include the case number with your request and state the fee is toward copy work.  The materials will be sent to the warden after payment is received.  If you cannot afford the fee, you may submit a motion for copy work at the expense of the government.  Enclosed you will find that form.

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**

Sincerely,

*B. L. Jacobs*

Administrative Assistant
Staff Attorney's Office