Prob Form 35
(MDP 7/19)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

vs.

Crim. No.: 0416 1:17CR00631-001

Nghia Hoang Pho

On September 25, 2018, the defendant was sentenced to the Bureau of Prisons followed by Supervised Release for a period of 36 months. The term of supervision commenced on September 13, 2023. He has complied with the rules and regulations. Accordingly, it is recommended that he be discharged from supervision.

Respectfully submitted,

*Katelyn Shull*

Katelyn Shull
U.S. Probation Officer

*Abigail O'Neill*

Abigail O'Neill
Supervisory U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this _____9th_____ day of _____April_____, 20_25_.

The Honorable George L. Russell, III
Chief U.S. District Judge